## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HASSAN CRAWFORD | : | |
|     Plaintiff | | |
| | : | |
| v. | | CIVIL ACTION NO.  ELH-13-3926 |
| | : | |
| VERIFACTS, et al. | | |
|     Defendants | : | |

### O R D E R

On January 16, 2014, the court granted plaintiff fourteen days to complete and return U.S. Marshal forms to assist in effectuating service of process on defendants.  Plaintiff has failed to comply.  Accordingly, the court deems it appropriate to dismiss this case, without prejudice.

It is this 4th day of February 2014, by the United States District Court for the District of Maryland, hereby ORDERED:

1. The case IS DISMISSED, without prejudice;

2. The Clerk SHALL CLOSE this case; and

3. The Clerk SHALL SEND a copy of this order to plaintiff.


/s/
Ellen L. Hollander
United States District Judge